**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Crim. No. 23-273-2 (JWB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Cartrelle Ismail Smith, | |
| Defendant. | |

---

This matter is before the Court on Defendant Cartrelle Ismail Smith's Motion to Exclude Time under the Speedy Trial Act. (Doc. No. 78.) Defendant Smith has signed a Statement of Facts in Support of Exclusion of Time Under the Speed Trial Act and counsel will file it as soon as he receives it from the Sherburne County Jail.

Defendant requests a continuance to allow the parties more time to prepare for trial and to discuss and consider possible resolution. The Government does not object to Defendant's Motion to Exclude Time Under the Speedy Trial Act. (*See* Doc. No. 78.)

Based on Defendant's motion and the representation that Defendant has signed a statement of facts in support, and pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i), (iv), the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

Accordingly, **IT IS HEREBY ORDERED** that:

1.  Defendant's Motion to Exclude Time under the Speedy Trial Act (Doc. No. 78) is **GRANTED**;

2. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the period from **September 12, 2024 to December 12, 2024,** shall be excluded from the Speedy Trial Act computations in this case; and

3. A trial date will be scheduled separately in this matter.

Date: September 12, 2024              *s/ Jerry W. Blackwell*
                                       JERRY W. BLACKWELL
                                       United States District Judge